## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**TIFFANY KEYS**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside in New York, New York, County of New York.

On the 24th day of June, 2008, I served the within **CIVIL COVER SHEET, RULE 7.1 STATEMENT and NOTICE OF REMOVAL** by depositing a true copy in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State to each of the following persons at the last known address:

> Richard A. Roth, Esq.
> Jordan M. Kam, Esq.
> THE ROTH LAW FIRM, PLLC
> Attorneys for Plaintiffs
> 545 Fifth Avenue, Suite 960
> New York, New York 10017
> (212) 542-8882

_____
TIFFANY KEYS

Sworn to before me this
24th day of June, 2008

_____
NOTARY PUBLIC

ANOUSHKA SHARIFI BAYLEY
Notary Public, State of New York
No. 02SH5053359
Qualified in Westchester County
Commission Expires December 18, 20 April 9, 2010.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No.    Year
08 Civ. 5649

RICHARD A. ROTH and NELIDA ROTH,

Plaintiffs,

- against -

DELTA AIR LINES, INC. and RALPH DAMOUR,

Defendants.

### AFFIDAVIT OF SERVICE

QUIRK AND BAKALOR, P.C.
*Attorney(s) for* DEFENDANTS,
DELTA AIR LINES, INC. and RALPH DAMOUR
*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Signature (Rule 130-1.1-a)

Print name beneath

Service of a copy of the within is hereby admitted.

Dated:

Attorney(s) for

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT

that an order                                                                of which the within is a true copy
will be presented for settlement to the HON.                  one of the judges of the
within named Court, at
on                    at                    M.
Dated,