UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RICHARD A. ROTH and NELIDA ROTH,                08 Civ. 5649 (JES)(GWG)

                      Plaintiffs,               STIPULATION

    -against-

DELTA AIR LINES, INC. and RALPH DAMOUR,

                      Defendants.
----------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the Plaintiffs and Defendants that the time for the Defendants Delta Air Lines, Inc. and Ralph Damour to appear, answer or otherwise move with respect to the summons and complaint is hereby extended up to and including August 1, 2008; and

       **IT IS FURTHER STIPULATED AND AGREED**, that Quirk and Bakalor, P.C., accepts, as of July 1, 2008, service of the Summons and Complaint on behalf of Defendant Ralph Damour; and

       **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in counterparts and signatures by facsimile shall be good and sufficient so as to constitute original signatures.

Dated: New York, New York
       July 1, 2008

THE ROTH LAW FIRM, PLLC                              QUIRK AND BAKALOR, P.C.

By: _____                          By: _____
    Richard A. Roth                                      Brian P. Sexton (BPS 2883)
545 Fifth Avenue, Suite 960                          845 Third Avenue, 15th Floor
New York, New York 10017                             New York, New York 10022
(212) 542-8882                                       (212) 319-1000
Attorneys for Plaintiffs                             Attorneys for Defendants


SO ORDERED:

_____
U.S.D.J.

7-10-08