UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RICHARD A. ROTH and NELIDA ROTH,   08 Civ. 5649 (JES)(GWG)

                         Plaintiffs,   **STIPULATION**

-against-

DELTA AIR LINES, INC. and RALPH DAMOUR,

                         Defendants.
-------------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the Plaintiffs and Defendants that the time for the Defendants Delta Air Lines, Inc. and Ralph Damour to appear, answer or otherwise move with respect to the summons and complaint, which expires August 1, 2008, is hereby extended up to and including August 15, 2008; and

      **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be signed in counterparts and signatures by facsimile shall be good and sufficient so as to constitute original signatures.

Dated: New York, New York
       July 31, 2008

THE ROTH LAW FIRM, PLLC                      QUIRK AND BAKALOR, P.C.

By: _____                      By: _____
    Richard A. Roth                                      Brian P. Sexton (BPS 2883)
545 Fifth Avenue, Suite 960                      845 Third Avenue, 15th Floor
New York, New York 10017                       New York, New York 10022
(212) 542-8882                                             (212) 319-1000
Attorneys for Plaintiffs                                 Attorneys for Defendants

SO ORDERED:

_____
J.S.D.J.
8-1-08