UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

RICHARD A. ROTH and NELINDA ROTH,

                         Plaintiffs,

         - against -                              08 Civ. 5649 (JES)

DELTA AIR LINES, INC. and RALPH DAMOUR,           **ORDER**

                         Defendants.

----------------------------------------X

    The above-captioned action having come before the Court, and the Court having considered all matters raised, it is

    **ORDERED** that a Pre-Motion Conference shall occur on October 30, 2008 at 3:00 p.m. in Courtroom 14C, 500 Pearl Street.


Dated:    New York, New York
          August **25**, 2008

                                    _____
                                          John E. Sprizzo
                                    United States District Judge